IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No: 01-00160SOM |
| Plaintiff(s), | ) | |
| vs. | ) | FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII |
| (07) VANESSA BARUT, | ) | DEC 2 9 2003 |
| Defendant(s). | ) | at 3 o'clock and 19 min. P M WALTER A.Y.H. CHINN, CLERK |

## JUDGMENT OF ACQUITTAL

On December 19, 2003, the Jury found Defendant VANESSA BARUT, not guilty on Count 1 of the Third Superseding Indictment. Accordingly, judgment of acquittal on Count 1 of the Third Superseding Indictment is entered in favor of Defendant.

Dated at Honolulu, Hawaii on    DEC 2 9 2003    .

Susan Oki Mollway
United States District Judge

cc: USPO, PTS, USMASD